IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARET FULLERTON
HENDERSON SPENCER
ROMANOV,

       Plaintiff,                    2:09-cv-2231-GEB-DAD-PS

       vs.

CHEVRON,                               ORDER

       Defendant.

_____/

       Plaintiff, proceeding pro se, filed a notice of removal of the above-captioned civil action from the state court in which she had filed the case.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On August 21, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days and were to be titled "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff has filed a document titled "Notice of Motion to Reverse Decision on Judge's Finding."  The filing will be construed as plaintiff's objections to the magistrate judge's findings and recommendations.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 26, 2009 "motion" (Doc. No. 4) is construed as plaintiff's objections to the magistrate judge's findings and recommendations;

2. The findings and recommendations filed August 21, 2009, are adopted in full;

3. Plaintiff's August 12, 2009 motion to proceed in forma pauperis (Doc. No. 2) is denied;

4. Plaintiff's action is remanded to the Sacramento County Superior Court; and

5. The Clerk of the Court is directed to close this case.

Dated: September 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2